UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 09-61628-CIV-SEITZ/O'SULLIVAN

MANUEL E. RIVAS,

       Plaintiff,

v.

NCO FINANCIAL SYSTEMS, INC.,

       Defendant.
_____/

## FINAL JUDGMENT

The Court having granted Plaintiff's Motion for Entry of Final Judgment, based upon Plaintiff's acceptance of a Defendant's offer of judgment, it is hereby

ORDERED that judgment is entered in favor of Plaintiff, Manual E. Rivas, and against Defendant, NCO Financial Systems, Inc., in the amount of $2,100.00 together with interest thereon at the legal rate from the date of this Final Judgment, for all of which let execution issue. NCO Financial Systems, Inc. is further ordered to cease collection of the underlying debt at issue in this case.

DONE AND ORDERED in Miami, Florida, this 14th day of April, 2010.

PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

cc:    All Counsel of Record